# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

Alivia Blount

                Plaintiff,

v.                               Case No.: 3:23–cv–00341

Two Hands – Nashville

                Defendant,

## ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 10/19/2023 re [12].

                                                            Lynda M. Hill
                                            s/ Aubrey L Frantz, Deputy Clerk